IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR HYDE,<br><br>        Plaintiff,<br><br>vs.<br><br>NEBRASKA FARM BUREAU FEDERATION,<br><br>        Defendant. | **4:18CV3163**<br><br>**ORDER** |

After conferring with counsel, (Filing No. 20, audio file),

IT IS ORDERED:

1) Plaintiff's general objections to Defendant's discovery are invalid and are deemed withdrawn.

2) On or before June 28, 2019,

    a. Plaintiff may re-serve his discovery responses with specific, per request, objections. If Plaintiff chooses to answer or respond to discovery over his objections, each discovery response must describe the type of information or documents the plaintiff is withholding.

    b. As to Plaintiff's answers to interrogatories, such answers shall be signed under oath and served on Defendant.

June 21, 2019.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge